TORKILDSON, KATZ, MOORE,
HETHERINGTON & HARRIS,
Attorneys at Law, A Law Corporation

JEFFREY S. HARRIS        2718-0
(jsh@torkildson.com)
JENNIFER L. GITTER       10503-0
(jlg@torkildson.com)
700 Bishop Street, 15th Floor
Honolulu, HI  96813-4187
Telephone:  (808) 523-6000
Facsimile:  (808) 523-6001

Attorneys for Defendants
ASSOCIATION OF APARTMENT OWNERS
OF LIKINI WEST, GALE MIRANDA, JOE
LEONG, JON OSHIRO, MARCIA KAM
AND BARRY JAMES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CARA LOESER,<br><br>        Plaintiff,<br><br>  v.<br><br>ASSOCIATION OF APARTMENT OWNERS OF LIKINI WEST, GALE MIRANDA, JOE LEONG, JON OSHIRO, MARCIA KAM and BARRY JAMES,<br><br>        Defendants. | CIVIL NO.  16-00620-LEK-KSC<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES AND ORDER<br><br><br>TRIAL DATE:  FEBRUARY 13, 2018 |

-2-

## STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES

Under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff CARA LOESER and Defendants ASSOCIATION OF APARTMENT OWNERS OF LIKINI WEST, GALE MIRANDA, JOE LEONG, JON OSHIRO, MARCIA KAM and BARRY JAMES (collectively "Defendants") stipulate to the dismissal with prejudice of all Plaintiff's claims in this action. There are no remaining claims or parties. Each party will bear its own costs, attorneys' fees and interest.

WHEREFORE the Parties respectfully request this Court enter an Order dismissing this case with prejudice and without the payment of costs, interest or attorneys' fees by any Party.

_____
*Cara Loeser v. Association of Apartment Owners of Likini West, et al.*, Civil No. 16-000620 LEK-KSC, STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES AND ORDER

-2-

DATED:  Honolulu, Hawaii, November 30, 2017.

**STIPULATED AND AGREED:**

/s/ Lunsford Dole Phillips
LUNSFORD DOLE PHILLIPS
Attorney for Plaintiff
CARA LOESER


TORKILDSON, KATZ, MOORE,
HETHERINGTON & HARRIS,
Attorneys at Law, A Law Corporation


/s/ Jeffrey S. Harris
JEFFREY S. HARRIS
JENNIFER L. GITTER
Attorneys for Defendants
ASSOCIATION OF APARTMENT
OWNERS OF LIKINI WEST, GALE
MIRANDA, JOE LEONG, JON OSHIRO,
MARCIA KAM and BARRY JAMES


APPROVED AND SO ORDERED:



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

_____
*Cara Loeser v. Association of Apartment Owners of Likini West, et al.*, Civil No. 16-000620 LEK-KSC, STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES AND ORDER

-3-